# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

MARCOS ABSALON MENDEZ VAZQUEZ,

Petitioner,

v.

CHIEF COUNCIL FOR THE DISTRICT OF NEVADA, *et al.*,

Respondents.

Case No. 2:26-cv-00262-RFB-BNW

**ORDER**

Before the Court is *pro se* Petitioner Marcos Absalon Mendez Vazquez's petition for a writ of habeas corpus (ECF No. 1-1). Petitioner, however, has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP").

Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs; (b) a financial certificate signed by the prisoner and an authorized prison official; and (c) a copy of the prisoner's account statement for the six-month period prior to filing. See 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

Petitioner will have 45 days from the date of this Order to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

///

For the foregoing reasons, **IT IS HEREBY ORDERED** the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) is **DEFERRED** to until such time as he has fully complied with this order.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to send Petitioner a blank IFP application for incarcerated litigants along with instructions, and a copy of this order.

**IT IS FURTHER ORDERED** that within 45 days of the date of this order, Petitioner must file an IFP application that includes a: (a) financial certificate signed by Petitioner and an authorized prison official; (b) financial declaration and acknowledgement signed by Petitioner; and (c) copy of Petitioner's inmate account statement for the six-month period prior to filing. Alternatively, Petitioner must pay the $5 filing fee within 45 days of the date of this Order. If Petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this Order attached to the check for the filing fee.

**IT IS FURTHER ORDERED** that Petitioner's failure to comply with this order within 45 days by either submitting a complete IFP application or paying the filing fee will result in the dismissal of this action without prejudice and without further notice.

**DATED:** February 4, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**